## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **DEREK QUINN,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | ) CIVIL ACTION NO. 19-289-CG-MU |
| | ) |
| **DEUTSCHE BANK NATIONAL** | ) |
| **TRUST COMPANY, etc.,** | ) |
| | ) |
| **Defendants.** | ) |

## JUDGMENT

In accordance with the Court's order entered this date, granting Defendant's

Motion for Judgment on the Pleadings and denying Plaintiff's Motion for Relief from

Judgment, it is hereby **ORDERED, ADJUDGED, and DECREED** that judgment

is entered in favor of Defendant, **DEUTSCHE BANK NATIONAL TRUST**

**COMPANY**, and against Plaintiff, **DEREK QUINN**, and this case is hereby

**DISMISSED WITH PREJUDICE**.

**DONE** and **ORDERED** this 7th day of October, 2019.


 /s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE